JANET M. HEROLD
Regional Solicitor
SUSAN SELETSKY
Counsel for FLSA
NATALIE NARDECCHIA (SBN 246486)
Trial Attorney
United States Department of Labor
Office of the Solicitor
350 South Figueroa Street, Suite 370
Los Angeles, CA 90071
Email:  Nardecchia.Natalie@dol.gov

Attorneys for Plaintiff, Thomas E. Perez, Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS E. PEREZ**, Secretary of Labor, United States Department of Labor,<br><br>              Plaintiff,<br>      v.<br><br>**LEO'S RECYCLING, INC. dba LEO'S RECYCLING**, a California corporation; **BRIGIDA RIOS**, individually and as a managing agent of Leo's Recycling, Inc.; and, **GLORIA CORDOVA**, individually and as a managing agent of Leo's Recycling, Inc.,<br><br>              Defendants. | Case No.:<br><br>COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT |

*Complaint for Violations of the FLSA*          1

Plaintiff, Thomas E. Perez, Secretary of Labor, United States Department of Labor (the "Secretary"), alleges as follows:

## NATURE OF THE ACTION

1. In this action, the Secretary seeks to enjoin Defendants Leo's Recycling, Inc. ("Leo's Recycling"), Brigida Rios ("Rios"), individually and as managing agent and owner of Leo's Recycling, and Gloria Cordova ("Cordova"), individually and as managing agent of Leo's Recycling (collectively, "Defendants") from violating the provisions of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* (the "FLSA"), pursuant to section 17 of the FLSA, 29 U.S.C. § 217; and to recover the unpaid overtime compensation owing to Defendants' employees, together with an equal amount as liquidated damages, pursuant to section 16(c) of the FLSA, 29 U.S.C. § 216(c).

## PARTIES

2. Plaintiff Thomas E. Perez is the Secretary of Labor for the United States Department of Labor.

3. Defendant Leo's Recycling is a corporation organized and existing under the laws of California with its principal place of business in Sun Valley, California. It maintains its office headquarters in Sun Valley, California and has branch work site locations in Panorama City and Sylmar. There are five work sites in total.

4. Defendant Brigida Rios is an individual who owns, operates, and controls Leo's Recycling. At all times material, she has been acting directly or indirectly in the interests of Defendant Leo's Recycling in relation to Defendants' employees.

5. Defendant Gloria Cordova is an individual who also operates, manages, and controls Leo's Recycling. At all times material, she has been acting directly or indirectly in the interests of Defendant Leo's Recycling in relation to Defendants' employees.

*Complaint for Violations of the FLSA*     2

**JURISDICTION**

6. Jurisdiction of this action is conferred upon the Court by sections 16(c) and 17 of the Act, 29 U.S.C. §§ 216(c) and 217, and 28 U.S.C. §§ 1331 and 1345.

**VENUE**

7. Venue lies in the Central District of California pursuant to 28 U.S.C. § 1391(b) as a substantial part of the events giving rise to the claim occurred in Sun Valley, Los Angeles County, California.

**FACTS COMMON TO ALL CAUSES OF ACTION**

8. Defendants Rios and Cordova operate Leo's Recycling, a recycling business with five branch locations in Los Angeles County. The business is a California Redemption Value ("CRV") participating recycling center that accepts plastic, aluminum, and glass items. The business has been in operation since at least December of 2003. Defendants Rios and Cordova are employers within the meaning of the FLSA because each directly, or indirectly through subordinates, sets the wages, hours, and working conditions of the employees who carry out the business of Leo's Recycling. Rios and Cordova are sisters and both operate the business.

9. Defendants hire and employ the employees that are engaged in Defendants' recycling business at all locations. These employees are engaged in commerce or in the production of goods for commerce within the meaning of the FLSA.

10. At all relevant times, Leo's Recycling has been engaged in related activities performed through unified operation or common control for a common business purpose, and was an enterprise within the meaning of section 3(r) of the FLSA, 29 U.S.C. § 203(r).

11. At all relevant times, Leo's Recycling has been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of

*Complaint for Violations of the FLSA*     3

sections 3(s)(1)(A) of the FLSA, 29 U.S.C. § 203(s)(1)(A); in that it has had employees engaged in commerce or the production of goods for commerce, or in handling, selling, or otherwise working on goods or materials that were moved in or produced for commerce by any person, and has been, and currently is, an enterprise whose annual gross volume of sales made or business done is not less than $500,000.

## FIRST CAUSE OF ACTION
### (Violation of Overtime Provisions of the FLSA)

12. The Secretary incorporates by reference and realleges the allegations in paragraphs 1 to 11 of the Complaint.

13. Since February of 2012, Defendants have willfully and repeatedly violated the provisions of Sections 7 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 207 and 215(a)(2) by paying their employees wages at less than one and one-half times the regular rate at which they were employed for hours worked in excess of forty hours per week in workweeks when said employees were engaged in commerce or in the production of goods for commerce or were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA.

## SECOND CAUSE OF ACTION
### (Violation of Recordkeeping Provisions of the FLSA)

14. The Secretary incorporates by reference and realleges the allegations in paragraphs 1 to 13 of the Complaint.

15. Since February of 2012, Defendants have willfully and repeatedly violated the provisions of sections 11(c) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 211(c) and 215(a)(5), in that they failed to make, keep, and preserve adequate and accurate records of employees and the wages, hours and other conditions and

practices of employment maintained by them as prescribed by regulations duly issued pursuant to authority granted in the FLSA and found in 29 CFR § 516.

## PRAYER FOR RELIEF

**WHEREFORE**, cause having been shown, Plaintiff prays for a judgment against Defendants as follows:

(a) For an Order pursuant to section 17 of the FLSA, 29 U.S.C. § 217, permanently enjoining and restraining Defendants, their officers, agents, servants, employees, successors, parties-in-interest, and those persons in active concert or participation with them from prospectively violating the overtime and recordkeeping provisions of the FLSA;

(b) For an Order

(1) pursuant to section 16(c) of the FLSA, 29 U.S.C. § 216(c), finding Defendants liable for unpaid overtime compensation due their present and former employees, and for liquidated damages equal in amount to the unpaid compensation found due the employees listed in Exhibit A (additional back wages and liquidated damages may be owed to certain employees presently unknown to Plaintiff for the period covered by this Complaint, and thus not listed on Exhibit A); or in the event liquidated damages are not awarded;

(2) pursuant to section 17 of the FLSA, 29 U.S.C. § 217, enjoining and restraining Defendants their officers, agents, servants, employees, successors, parties-in-interest, and those persons in active concert or participation with them, from withholding payment of unpaid back wages found to be due Defendants' employees and pre-judgment interest at an appropriate interest rate; and

///
///
///

*Complaint for Violations of the FLSA*     5

(c) For an Order granting such other and further relief as may be necessary or appropriate.

Dated: September 29, 2015

Respectfully submitted,

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

SUSAN SELETSKY
Counsel for FLSA

By: */s/ Natalie Nardecchia*
NATALIE NARDECCHIA
Trial Attorney

US DEPARTMENT OF LABOR
Attorneys for the Plaintiff

*Complaint for Violations of the FLSA*    6

# EXHIBIT A

1. Gumercindo Chama
2. Tomas Chavez
3. Bayron Garcia Pascual
4. Ruben Garcia
5. Enrique Hernandez
6. Carlos Huante
7. Damian Licona
8. Artemio Lopez
9. Clemente Lopez
10. Juan Carlos Lopez
11. Anselmo Martinez
12. Manuel Martinez
13. Florindo Mendez
14. Misael Mendez
15. Alejandro Molina
16. Maximiliano Pascual
17. Walter Pascual
18. Hector Quintanilla
19. Mario Romero
20. Ricardo Salazar
21. Jose Vasquez
22. Martin Villanueva